# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-0058-CG-N |
| $63,788.00 MORE OR LESS IN UNITED STATES CURRENCY | ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT OF FORFEITURE

Pursuant to the order entered this date granting summary judgment in favor of the United States, it is **ORDERED, ADJUDGED, and DECREED** that judgment is hereby entered in favor of the United States, and it is **ORDERED** that the $63,788.00, more or less in currency, be forfeited to the United States.

**DONE** and **ORDERED** this 3rd day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE